UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS, INC., et al :
Plaintiffs, :
Vs. : Case No.: CA – 06-516T
ANTHONY FERNANDES :
Defendant :

STIPULATION

It is hereby stipulated and agreed that the Defendant, Anthony Fernandes being served on December 26, 2006, shall have an additional 30 days to Answer the Complaint with regard to the above-captioned matter up to and including February 10, 2007.

Anthony Fernades
Pro Se Defendant

1/17/07
Dated

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq. (#2097)
Attorney for the Plaintiffs
1130 Ten Rod Rd, Suite A-103
North Kingstown, RI 02852
(401) 667-7111 Phone
(401) 667-7112 Fax
jameseoneil@cox.net

1/10/07
Dated