**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | Civil No. CA 06-516T |
| Plaintiffs, | Judge |
| v. | |
| Anthony Fernandes, | |
| Defendant. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS., *et al.*, by and through their attorney, the undersigned James E. O'Neil, Esq. voluntarily dismiss this case without prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Respectfully Submitted,

Dated: 2/22/07 By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; BMG MUSIC; and UMG RECORDINGS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** upon Anthony Fernandes, 624 Cooper Rd ,Chepachet, RI 02814 by United States mail, properly addressed and postage prepaid, on this _22th_ day of _February_, 2007:

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)